# IN THE SUPREME COURT OF THE STATE OF NEVADA

CODY C. LEAVITT,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 69639

FILED

FEB 2 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on January 19, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]In light of this order, the pro se motion for discovery filed on January 29, 2016, is denied as moot.

16-05986

cc: Hon. Jennifer P. Togliatti, District Judge
Cody C. Leavitt
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A